FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Williams (Last Name)  NB298 (Identification Number)

Randall (First Name)  Alan (Middle Name)

Jackson County, Adult Detention Center (Institution)

4505, Bruce Evans, LN Pascagoula, MS, 39567 (Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

Donald Edward Tomlin #122840

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 23 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 16 2016
ARTHUR JOHNSTON
BY _____ DEPUTY
[crossed out]

V.

County of Jackson, Mississippi Et.Al
Captin "Mike Wright"
Officer "Wendy Nevais"
Sheriff "Mike Ezell"

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:16cv061 HSO-JCG
(to be completed by the Court)

"DEMANDING Jury Trial"

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States? Yes (X) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): Both in Southern District of Mississippi

3. Docket Number: (1:15-cv-137-LG-RHW) & (1:15-cv-375-HSO)

4. Name of judge to whom case was assigned: Robert H. Walker (Williams), HSO. Tomlin

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Both Plaintiffs Have A Pending Case. (Active)

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: RANDAHL ALAN Williams   Prisoner Number: N2398

Address: DonAld EDWARD Tomlin   122840
65, Bruce EvAWS LN, PAScagoula, MS, 39567

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: County of Jackson, Mississippi Et.Al, _____ is employed as
CAPtiN Mike Wright & Officer Wendy NEVAIS _____ at Jackson
County A.D.C., 65, Bruce EvAWS,LN, 39567

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: RANDAHL AlAN Williams   ADDRESS: 65, Bruce EvAWS, LN
Donald EdwArd Tomlin   Pascasoula, MS, 39567

DEFENDANT(S):

NAME:                              ADDRESS:
County of Jackson, Mississippi Et.Al   65, Bruce Evans, LN. PAScasoula, MS,
Mike Wright                            39567,
Wendy NEVAIS                           SAME
Mike EZEll

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (X)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (X)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (X)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( )   No ( ), if so, state the results of the procedure: _These Claims are from a County Jail, Dozens of Grievances were filled. The A.R.R is not Applicable in this situation._

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes (X)   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): _Dozens of Grievances filled over the course of several months, Dozens of request forms to be moved, Dozens of maintence forms. AND Dozens of verbal request from Officers to Administration_

3. State the date your claims were presented: _All Grievances were ignored & Denied._

4. State the result of the procedure: _We were Being punished for Who we were. All our Request were Denied._

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

See PAGE(5)

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

The Plaintiffs would like to be awarded damages includeing compencatory and punitive, monetary compensation in the Defendants Individual capacity. The Plaintiffs would also ask for The Defendants to be removed from their "Athoritive Capacity" over Any And All humane conditions within the Jackson County, Mississippi's Sherriff Department.

Signed this 12 day of January, 2016.

6S, Bruce Evans Ln, Pascagoula, MS, 39567
Randall Tuttle N2398 / Donald Toulin
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

1-12-2016
(Date)

Randall Tuttle / Donald Toulin
Signature of plaintiff

4

U.S. District Court
Southern District of Mississippi
Southern Division

Randall Alan Williams #N2398
Donald Edward Tomlin #122840                                    Plaintiffs
Vs                                                              Civil #_____
County of Jackson, Mississippi Et.Al                            Defendants

---

## 42 U.S.C. §1983 Complaint: With "Jury Demand"

### Jurisdiction:

The instant case arises out of violations committed by the Defendants, of the Constitution, Statutes and treaties of the UNITED STATES. The Plaintiffs' claims "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences" and if "any question of law or fact common to all Plaintiffs will arise in the action. The Plaintiffs allege all claims arise from the same Nucleus of Facts thereby giving this Court the legal authority to resolve both claims in one suit. The Plaintiffs "Demand a Jury Trial"!

The Court has Jurisdiction over the Plaintiffs claims of violation of the federal Constitutional Rights under 42. U.S.C. § 1331(1) AND 1343.

/s/ Randall Williams
RANDALL ALAN Williams
Prose Plaintiff

/s/ Donald Tomlin
DONALD EDWARD Tomlin
Prose Plaintiff

1-8-2015
DATE

5.

## STATEMENT OF CLAIMS

**(1.)** COUNTY OF JACKSON, MISSISSIPPI ET. AL,

COUNTY JAIL INMATES WERE FORCED TO LIVE IN VERY POOR, UNSANITARY, HAZORDOUS AND WAS LIFE THREATING CONDITIONS BECAUSE THE COUNTY JAIL COMPLETELY IGNORED ALL OF THE COUNTY JAIL'S MAINTENCE PROBLEMS. THE PLAINTIFFS IN THIS CASE WERE FORCED TO LIVE IN THESE CONDITIONS ON OR AROUND 9-10-2015 TO 12-4-2015 THE CONDITIONS THE PLAINTIFFS LIVED IN, IN THE HOUSEING ZONE (K-E) WERE

**(A)** NO LIGHTS IN ANY OF THE CELLS, THERE ARE OLD ASBESTOS COATED WIRES THAT HANG DOWN WERE THE LIGHT FIXTURES WERE, WE WERE FORCED TO BREATHE.

**(B.)** THERE WAS WATER POURING OUT IN THE FLOORS OF THE CELLS FROM BUSTED & DETERIORATED PIPES IN THE WALLS THEY WOULD NOT FIX, BECAUSE IT WAS CROWDED THE PLAINTIFFS WERE FORCED TO SLEEP ON THE FLOORS, WITH WET MOLDY MATTS, ALONG WITH WET BLANKETS, And WET CLOTHING. BECAUSE OF DETERIORATED PIPES, THE TOILETS WERE BROKE, THEREFORE THEY WERE FILLED WITH URINE THAT COULD NOT BE FLUSH, WICH WAS UNSANITARY. DURING THE END OF OCTOBER 2015 AND NOVEMBER 2015 THE PLAINTIFFS WERE FORCED TO SLEEP ON WET FLOORS WHEN THE TEMPUTURES WERE IN THE 30'S AND 40°S, BECAUSE ADMINISTRAION WOULD NOT TURN ON THE HEATER, CAUSEING A LIFE THREATING SITUATION.

**(C)** THERE WAS NO HOT WATER IN THE SHOWER, WICH WAS SOME OF THE INMATES ONLY SOURCE OF WATER, BECAUSE THERE SINKS IN THE CELLS WHERE BROKE FROM DETERIORATED PIPES IN THE WALLS THEY WOULD NOT FIX.

**(D)** THE ONLY ENTRANCE AND EXIT DOOR TO **(K-E)** WAS BROKE. OFFICERS WOULD HAVE TO BEAT, KICK, PULL AND PRY OPEN WITH A CROWBAR. THE DOOR TAKEING SEVERAL MINUTES TO OPEN CREATEING A **LIFE** THREATING SITUATION.

**(E.)** THEREFORE THE PLAINIFFS ASSERT THEY WERE MENTALLY AND PHYSICALLY TORTURED BY BEING FORCED TO LIVE IN THESE POOR AND HAZORDOUS LIFE THREATING CONDITIONS AT THE JACKSON COUNTY, MISSISSIPPI COUNTY JAIL FROM (9-10-2015 TO 12-4-2015.

## STATEMENT OF CLAIM

(2.) SHERRIFF MIKE EZELL: IS THE "HEAD OFFICALL" OF THE JACKSON COUNTY, MISSISSIPPI ADULT DETINTION CENTER. HE WAS AWARE OF THE DETERIORATED LIVEING CONDITIONS AND ADMINISTRATIVE PRACTICES AT THE JACKSON COUNTY, MISSISSIPPI ADULT DETINTION CENTER. IN 2015 AND DID NOTHING TO CORRECT ITS CONDITIONS AND ARBITRARY PUNISHMENTS. THEREFORE HIS FAILURE TO ACT AND PROVIDE ADEQUATE LIVEING CONDITIONS SUBJECTING THE PLAINTIFF TO UNFAIR MENTALL AND PHYSICALL CONDITIONS ARE UNCONSTITUTIONALL. His Actions were done "In his" Individual Capacity."

(3.) THE PLAINTIFFS NOW ASSERT "CAPTIN MIKE WRIGHT" IS THE JACKSON COUNTY MISSISSIPPI ADULT DETINTION CENTER JAIL ADMINISTRATOR. HE HAD COMPLETE KNOWLEDGE OF ALL THE POOR, UNSAINITARY, HAZORDOUS LIVEING CONDITIONS IN (K-E) AND DESPITE DOZENS OF GREVANCES AND MAINTENCE REPORTS, AND WRITTEN AND VERBAL REQUEST HE DID NOT ACT ON REMEDYING THE SITUATION. HE MALICIOUS AND SADISTICALY USED THE ZONE (K-E) AS A "PUNISHMENT" ZONE TO INMATES, DEPENDING ON EITHER WHO YOU WERE, WHAT YOUR CHARGE WAS, OR IF YOU WERE HOUSED IN ANOTHER "STATE SIDE ZONE" AND GOT IN TROUBLE. YOU WERE SENT TO (K-E) TO BE PUNISHED. HE WOULD ALSO LOCK DOWN THE WHOLE ZONE FOR DAYS AT A TIME OR HOURS AT A TIME. SUBJECTING THE PLAINTIFFS TO UNFAIR PHYSICALL AND MENTALL CONDITIONS. His Actions were done in his "individual Capacity."

(4.) OFFICER "WENDY NEVALS" IS OVER CLASSIFICATION. SHE HAD COMPLETE KNOWLEDGE OF THE POOR, UNSAINITARY, HAZORDOUS AND LIFE THREATING CONDITIONS IN THE ZONE (K-E). SHE MOVED THE PLAINTIFFS TO (K-E) TO PUNISH THEM FOR EITHER WHO THEY WERE, WHAT THERE CHARGE WAS, OR IF THEY WERE IN ANOTHER STATE SIDE ZONE AND GOT IN TROUBLE. SUBJECTING THE PLAINTIFFS TO UNFAIR PHYSICALL AND MENTALL CONDITIONS. HER Actions were done in her "individual Capacity."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. 28. U.S.C. §1746.

SIGNED THIS __12__ DAY OF __JANUARY__, 20__16__.

/s/ _Donale E. Tomlin_
SIGNATURE OF PLAINTIFF

/s/ _Randel Williams_
SIGNATURE OF PLAINTIFF

Randall Alan Williams #N2398
65, Bruce Evans, Lane
Pascagoula, MS, 39567

**WARNING**

This Correspondence is from an inmate. The Contents have not been evaluated and the JACKSON COUNTY ADULT DETENTION CENTER is not RESPONSIBLE for the substance or content of the enclosed Communication

RECEIVED
FEB 16 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

To: Court Clerk, U.S. District Court
501 E. Court Street, Suite 2.500
Jackson, MS, 39201

