IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **RANDALL ALAN WILLIAMS** | **PLAINTIFF** |
| v. | 1:16-cv-61-JCG |
| **JACKSON COUNTY, MISSISSIPPI;** <br> **MIKE WRIGHT,** *Captain*; <br> **WENDY NEVALS;** <br> **MIKE EZELL,** *Sheriff*; and <br> **LT. TYRONE NELSON** | **DEFENDANTS** |

## FINAL JUDGMENT

Based on Plaintiff's *ore tenus* motion made under oath at the omnibus hearing to voluntarily dismiss this case without prejudice, final judgment is hereby entered pursuant to Federal Rule of Civil Procedure 58. All of Plaintiff's claims against all Defendants are dismissed without prejudice. All outstanding motions are rendered moot.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed without prejudice.

**SO ORDERED** this the 29th day of December, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE